**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                          Case No. 25-cr-325 (DWF/DJF)

        Plaintiff,

v.                                                                    **ORDER**

Marshaun Trenell Williams,

        Defendants.

---

This matter is before the Court on Defendant Marshaun Williams' Motion for Change of Custody (ECF No. 33) ("Motion"). Defendant has filed a Waiver of the Interstate Agreement on Detainers (ECF No. 36) ("Waiver"), and the government has advised the Court that it has no objection to the Motion. In light of Defendant's Waiver and the government's lack of objection:

**IT IS HEREBY ORDERED THAT:**

1.   Defendant Marshaun Williams' Motion for Change of Custody (ECF Noi. 33) is **GRANTED**.

2.   The U.S. Marshal is directed to return Defendant to the custody of the Minnesota Department of Corrections Minnesota Correctional Facility – Lino Lakes as soon as possible.

Dated: February 27, 2026                          *s/ Dulce J. Foster*
                                                                    Dulce J. Foster
                                                                    United States Magistrate Judge